IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BASF CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1204 (SLR)(SRF) |
| | ) | |
| JOHNSON MATTHEY INC., | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] JUDGMENT IN A CIVIL CASE

WHEREAS on February 9, 2016, the Court issued a Memorandum Order construing the disputed terms of U.S. Patent No. 8,524,185 (the "'185 patent") (D.I. 131); and

WHEREAS each and every claim of the '185 patent includes one or more limitations that the Court concluded were indefinite, and as a result, each and every claim of the '185 patent stands invalid as indefinite under the Court's February 9, 2016 Memorandum Order;

IT IS ORDERED AND ADJUDGED that judgment of invalidity of the claims of U.S. Patent No. 8,524,185 be and is hereby entered in favor of Defendant Johnson Matthey Inc. and against Plaintiff BASF Corporation in Civil Action No. 14-1204-SLR-SRF.

The parties expressly reserve their rights to appeal from this invalidity judgment, and from any and all other orders and rulings adverse to them, including rulings in the Court's Memorandum Order of February 9, 2016.

This is a final, appealable judgment.

SO ORDERED this 29 day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

9884058